AO 440 (Rev. 06/12) *Summons in a Civil Action*

## UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| ROBERT KANAAT, <br>          Plaintiff(s), <br><br> v. <br><br> PIRANHA MARKETING, INC. d/b/a <br> GENIUS NETWORK, an Arizona <br> corporation; JOSEPH POLISH, <br> individually; and ROBERTA ROBINS <br> a/k/a ROBIN ROBINS, individually, <br><br>          Defendant(s). | ) <br> ) <br> ) <br> ) <br> )   Civil Action No. __26CV 80570__ <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

**To:** *(Defendant's name and address)*

> **JOSEPH POLISH**
> a/k/a Joe Polish
> 5343 E Lincoln Drive
> Paradise Valley, AZ 85253

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Robert Kanaat, Pro Se**
> 6760 Congress Avenue, #204
> Boca Raton, FL 33487
> Telephone: (310) 388-7389
> Email: robert@wanderlustworker.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 5/15/2026

**CLERK OF COURT**

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  *Summons in a Civil Action*

## UNITED STATES DISTRICT COURT
### *for the*
### Southern District of Florida

| | |
|---|---|
| ROBERT KANAAT,<br><br>　　　　　　Plaintiff(s),<br><br>v.<br><br>PIRANHA MARKETING, INC. d/b/a<br>GENIUS NETWORK, an Arizona<br>corporation; JOSEPH POLISH,<br>individually; and ROBERTA ROBINS<br>a/k/a ROBIN ROBINS, individually,<br><br>　　　　　　Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. __24 CV 80570__

### SUMMONS IN A CIVIL ACTION

**To:** *(Defendant's name and address)*

**PIRANHA MARKETING, INC.**
d/b/a Genius Network
c/o Joe Polish, Statutory Agent
4440 S. Rural Road, Building F
Tempe, AZ 85282
Maricopa County

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Robert Kanaat, Pro Se**
6760 Congress Avenue, #204
Boca Raton, FL 33487
Telephone: (310) 388-7389
Email: robert@wanderlustworker.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT**

Date: _5|15|2026_

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) *Summons in a Civil Action*

## UNITED STATES DISTRICT COURT
### *for the*
### Southern District of Florida

| | |
|---|---|
| ROBERT KANAAT, | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | ) Civil Action No. 26 CV 80570 |
| | ) |
| PIRANHA MARKETING, INC. d/b/a | ) |
| GENIUS NETWORK, an Arizona | ) |
| corporation; JOSEPH POLISH, | ) |
| individually; and ROBERTA ROBINS | ) |
| a/k/a ROBIN ROBINS, individually, | ) |
| | ) |
| Defendant(s). | ) |

## SUMMONS IN A CIVIL ACTION

**To:** *(Defendant's name and address)*

**ROBERTA ROBINS**
a/k/a Robin Robins
479 Canterbury Rise
Franklin, TN 37067

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Robert Kanaat, Pro Se**
6760 Congress Avenue, #204
Boca Raton, FL 33487
Telephone: (310) 388-7389
Email: robert@wanderlustworker.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT**

Date: 5|15| 2026

*Signature of Clerk or Deputy Clerk*